47566. MODEL CLEANERS & LAUNDRY, INC. v. PER CORPORATION et al.

STOLZ, Judge. The Superior Court of Cobb County sustained the motion to dismiss and the motion to quash service of

the defendant, Per Corporation, on March 1, 1972. The plaintiff obtained a certificate of immediate review on March 9, 1972, and filed its notice of appeal on April 6, 1972. *Held:*

The notice of appeal must be filed within 30 days after entry of an appealable judgment (*Code Ann.* § 6-803 (a); Ga. L. 1965, pp. 18, 21, as amended), unless the time is extended by the trial judge. *Code Ann.* §.6-804 (Ga. L. 1965, pp. 18, 21). There was no extension of time sought or granted in this case.

Failure to file notice of appeal within the time required, is a statutory ground for dismissal. *Code Ann.* § 6-809 (b) (1) (Ga. L. 1965, pp. 18, 29, as amended). See *Jordan v. Caldwell,* 229 Ga. 343, 344 (191 SE2d 530); *Associated Builders Supply v. Georgia-Pacific Corp.,* 123 Ga. App. 222 (180 SE2d 273); *Bailey v. Bonaparte,* 125 Ga. App. 512 (188 SE2d 119).

Therefore, the defendant's motion to dismiss the appeal is granted.

   *Appeal dismissed. Bell, C. J., and Evans, J., concur.*
ARGUED OCTOBER 2, 1972—DECIDED NOVEMBER 15, 1972.

*Virgil C. Spence,* for appellant.
*Custer, Smith & Manning, Donald D. Smith,* for appellees.